UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Index No.: 9:16-cv-01150-DNH-DEP

**V.W. et al**,

                Plaintiff,

-against-

**AFFIRMATION OF SERVICE**

**EUEGENE CONWAY, et al**

                Defendants.

**STATE OF NEW YORK** }
                              ss:
**COUNTY OF ONONDAGA** }

I, **Joshua T. Cotter, Esq**, being duly sworn, deposes and says:

1.    I am not a party to the action, am over 18 years of age and reside in Syracuse, New York.

2.    On September 22, 2016 at 2:30 p.m. I served the summons, complaint and General Order 25, for the above captioned case on Defendants Eugene Conway, Esteban Gonzalez and Kevin Brisson by delivering a true copy of each to counsel for the Defendants Kathy Dougherty, Senior Deputy Onondaga County Attorney, who agreed to accept service on their behalf.

Dated: Syracuse, New York
         September 22, 2016

Joshua T. Cotter, (518217)
Legal Services of Central New York, Inc.
221 S. Warren St., Suite 300
Syracuse, New York 13202
Tel No: (315) 703-6579
Jcotter@lscny.org