UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

V.W., a minor, by and through his parent
and natural guardian DERECK WILLIAMS;
R.C., a minor, by and through his parent and
natural guardian SANDRA CHAMBERS;
C.I., a minor, by and through his parent and
natural guardian VERTELL PENDARVIS;
M.R., a minor, by and through his parent and
natural guardian KAREN RAYMOND;
F.K., a minor, by and through his parent and
natural guardian KASHINDE
KABAGWIRA; and J.P., a minor, by and
through his parent and natural guardian
ALISSA QUIÑONES; on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

      v.

EUGENE CONWAY, Onondaga County Sheriff,
in his official capacity; ESTEBAN GONZALEZ,
Chief Custody Deputy of the Onondaga County
Justice Center, in his official capacity; KEVIN M.
BRISSON, Assistant Chief Custody Deputy, in
his official capacity; and SYRACUSE CITY
SCHOOL DISTRICT,

                    Defendants.

---------------------------------------------------------------x

16-CV-1150 (DNH) (DEP)

## NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that Plaintiffs will move this Court at Alexander Pirnie Federal Building, 10 Broad Street, Utica, NY 13501 on October 28, 2016 at 10:00 AM, or as soon thereafter as counsel may be heard, for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure certifying the following class and subclass, along with such other and further relief as this Court deems just and proper:

*Class:* All 16- and 17-year-olds who are now or will be incarcerated at the Onondaga County Justice Center.

*Subclass:* All 16- and 17-year-olds with disabilities, as defined by the Individuals with Disabilities Education Act, who are now or will be incarcerated at the Onondaga County Justice Center, who are in need of special education and related services.

In support of this motion, Plaintiffs file the attached Memorandum of Law in Support of Motion for Class Certification, the Declaration of Louis Kraus dated September 19, 2016 and all the exhibits annexed thereto; the Declaration of Joshua Cotter, dated September 22, 2016 and all the exhibits annexed thereto; the Declaration of Emily Napier, dated September 22, 2016; and the Declaration of Michelle Shames, dated September 23, 2016. An Appendix of Exhibits and Attachments is annexed to this motion.

Respectfully submitted,

_____/s/_____
Mariko Hirose
Mariana Kovel*
Aimee Krause Stewart**
Aadhithi Padmanabhan*
Philip Desgranges
Christopher Dunn
NEW YORK CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 19th Floor
New York, NY 10004
Tel: (212) 607-3300
mhirose@nyclu.org

*Not yet admitted to N.D.N.Y.
** Application for admission pro hac vice pending

Joshua T. Cotter
Samuel C. Young
Susan M. Young
LEGAL SERVICES OF CENTRAL NEW YORK
221 S. Warren Street, 3rd Floor
Syracuse, NY 13202
Tel: (315) 703-6500
jcotter@lscny.org

DATED: September 23, 2016

*V.W. v. CONWAY*

**APPENDIX OF EXHIBITS AND ATTACHMENTS**

Memorandum of Law
Declaration of Expert Louis Kraus, M.D.
    EXHIBIT A    Resume of Expert Louis Kraus, M.D.
    EXHIBIT B    Documents Reviewed
    EXHIBIT C    Publications Relied On
    EXHIBIT D    American Academy of Child and Adolescent Psychiatry (AACAP) Report Re: Solitary Confinement of Juvenile Offenders, dated April 2012
    EXHIBIT E    National Commission on Correctional Health Care (NCCHC) Position Statement Re: Solitary Confinement (Isolation)
    EXHIBIT F    American Medical Association (AMA) Statement: "AMA Adopts New Policies to Improve Health of Nation at Interim Meeting," dated November 11, 2014
    EXHIBIT G    United Nations General Assembly Rules for the Protection of Juveniles Deprived of their Liberty, dated December 14, 1990
Declaration of Plaintiffs' Counsel Joshua Cotter
    EXHIBIT 1    Declaration of Plaintiff V.W. (Redacted)
    EXHIBIT 2    Declaration of Plaintiff's parent and natural guardian Dereck Williams
    EXHIBIT 3    Declaration of Plaintiff R.C. (Redacted)
    EXHIBIT 4    Declaration of Plaintiff's parent and natural guardian Sandra Chambers
    EXHIBIT 5    Declaration of Plaintiff C.I. (Redacted)
    EXHIBIT 6    Declaration of Plaintiff's parent and natural guardian Vertell Pendarvis
    EXHIBIT 7    Declaration of Plaintiff M.R. (Redacted)
    EXHIBIT 8    Declaration of Plaintiff's parent and natural guardian Karen Raymond
    EXHIBIT 9    Declaration of Plaintiff F.K. (Redacted)
    EXHIBIT 10    Declaration of Plaintiff's parent and natural guardian Kashinde Kabagwira
    EXHIBIT 11    Declaration of Plaintiff J.P. (Redacted)
    EXHIBIT 12    Declaration of Plaintiff's parent and natural guardian Alissa Quiñones
    EXHIBIT 13    Declaration of Putative Class Member A.M. (Redacted)
    EXHIBIT 14    Declaration of Plaintiffs' counsel Christopher Dunn with Attached Resumes
        EXHIBIT A    Resume of Plaintiffs' Counsel Christopher Dunn
        EXHIBIT B    Resume of Plaintiffs' Counsel Philip Desgranges

|  |  |  |
|---|---|---|
|  | EXHIBIT C | Resume of Plaintiffs' Counsel Mariko Hirose |
|  | EXHIBIT D | Resume of Plaintiffs' Counsel Mariana (Molly) Kovel |
|  | EXHIBIT E | Resume of Plaintiffs' Counsel Aadhithi Padmanabhan |
| EXHIBIT 15 | Declaration of Plaintiffs' counsel Samuel Young with Attached Resumes | |
|  | EXHIBIT A | Resume of Plaintiffs' Counsel Samuel Young |
|  | EXHIBIT B | Resume of Plaintiffs' Counsel Susan Young |
|  | EXHIBIT C | Resume of Plaintiffs' Counsel Joshua Cotter |
| EXHIBIT 16 | Onondaga County Sheriff's Office Description of the Custody Department | |
| EXHIBIT 17 | New York State Commission of Correction 2015 Daily Population Count Reporting System Average Daily Counts for the Onondaga County Jail | |
| EXHIBIT 18 | Onondaga County Sheriff's Office Description of the Housing Section | |
| EXHIBIT 19 | February 2016 Inmate Handbook | |
| EXHIBIT 20 | Onondaga County Sheriff's Office Written Directive Number CUS-023: Inmate Discipline, dated November 8, 2010 | |
| EXHIBIT 21 | Onondaga County Sheriff's Office Written Directive Number CUS-050: Segregation Housing, dated January 13, 2015 | |
| EXHIBIT 22 | Onondaga County Sheriff's Office Written Directive Number CUS-044: Inmate Recreation, dated May 8, 2011 | |
| EXHIBIT 23 | Onondaga County Sheriff's Office Written Directive Number CUS-027: Inmate Access to Telephones, dated April 4, 2014 | |
| EXHIBIT 24 . | Onondaga County Sheriff's Office Written Directive Number CUS-047: Inmate Visitation, dated November 26, 2014 | |
| EXHIBIT 25 | Onondaga County Sheriff's Office Written Directive Number CUS-041: Educational and Vocational Programs, dated December 4, 2015 | |
| EXHIBIT 26 | Onondaga County Sheriff's Office Written Directive Number CUS-040: Inmate Labor and Industry Programs, dated September 1, 2010 | |
| EXHIBIT 27 | Onondaga County Sheriff's Office Written Directive Number CUS-045: Religious Services, dated November 24, 2009 | |
| EXHIBIT 28 | Onondaga County Sheriff's Office Written Directive Number CUS-021: Inmate Activities, dated September 6, 2009 | |
| EXHIBIT 29 | Cell Study Packets for Named Plaintiffs | |
| EXHIBIT 30 | Meeting Minutes of the Onondaga County Legislature Ways & Means Committee – 2016 Budget Review of Public Safety Committee Departments, dated September 24, 2015 | |

| | |
|---|---|
| EXHIBIT 31 | Onondaga County Justice Center Education of Incarcerated Youth Program Plan for the July 1, 2015 – June 30, 2016 School Year |
| EXHIBIT 32 | "Youth with Disabilities in the Correctional System: Prevalence Rates and Identification Issues" |
| EXHIBIT 33 | "Onondaga County considering less costly ways of handling surge of mentally ill inmates" |
| EXHIBIT 34 | Bureau of Justice Statistics Special Report: "Mental Health Problems of Prison and Jail Inmates" |
| EXHIBIT 35 | Statement of Interest of the United States of America submitted in *G.F. v. Contra Costa County* |
| EXHIBIT 36 | Letter from Plaintiffs' counsel Joshua Cotter to Defendant Esteban Gonzalez Re: T.S. in Solitary Confinement, dated November 23, 2015 (Redacted) |
| EXHIBIT 37 | Letter from Defendant Esteban Gonzalez to Plaintiffs' counsel Joshua Cotter Re: T.S. in Solitary Confinement, dated December 7, 2015 (Redacted) |
| EXHIBIT 38 | Verified Petition and Complaint for *T----- S----- v. Conway* (Redacted) |
| EXHIBIT 39 | Lowenstein Sandler LLP & Lowenstein Center for the Public Interest Report: *51-Jurisdiction Survey of Juvenile Solitary Confinement Rules in Juvenile Justice Systems*, dated October 2015 |

<u>Declaration of Michelle Shames</u>
<u>Declaration of Emily NaPier</u>