

**BOND** SCHOENECK & KING

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**KATE I. REID**
kreid@bsk.com
P: 315.218.8625
F: 315.218.8100

October 11, 2016

**VIA ECF**

Hon. David N. Hurd
U.S. District Judge
United States District Court
Northern District of New York
Alexander Pirnie Federal Building and U.S. Courthouse
10 Broad Street
Utica, NY 13501

Re:   *V.W., a minor, by and through his parents and natural guardian*
      *Dereck Williams; et al v. Eugene Conway, Onondaga County Sheriff,*
      *in his official capacity; et al (Case No.: 16-cv-1150(DNH)(DEP))*

Dear Judge Hurd:

We represent Defendant the Syracuse City School District in the above-referenced action. We write to respectfully request a 30-day adjournment of the return date for Plaintiffs' Motion for Class Certification (Dkt. No. 5). The hearing on this motion is currently scheduled for October 28, 2016, and Defendants' response brief is currently due today, October 11, 2016. We seek to adjourn the motion hearing to November 25, 2016, which would result in Defendants' response being due on November 10, 2016. We have spoken with counsel for Plaintiffs, who has indicated that Plaintiffs are agreeable to this adjournment.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Kate I. Reid

KIR/spb
cc:   All Counsel of Record (via ECF)

2776492.1 10/11/2016

Attorneys At Law | A Professional Limited Liability Company