UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
V.W., a minor, by and through his parent          :
and natural guardian DERECK WILLIAMS,             :
et al., on behalf of themselves and all others    :
similarly situated,                               :
                              Plaintiffs,         :          16-CV-1150 (DNH) (DEP)
                                                  :
                    v.                            :
                                                  :
EUGENE CONWAY, Onondaga County Sheriff,           :
in his official capacity, et al.                  :
                                                  :
                                                  :
                              Defendants.         :
------------------------------------------------------------x

## NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that on January 27, 2017, the plaintiffs will move this Court at

10 Broad Street, Utica N.Y. 13501 for a preliminary injunction enjoining Eugene Conway,

Esteban Gonzalez, and Kevin Brisson (the "Sheriff's Office defendants") from using disciplinary

isolation for juveniles and requiring them to develop a plan to stop doing so, in consultation with

plaintiffs' attorneys and experts, that must be developed within 30 days of the Court granting a

preliminary injunction.  The plaintiffs further move that this Court order the defendant Syracuse

City School District and the Sheriff's Office defendants to afford all eligible juveniles who are

denied the educational instruction they are entitled to under New York's laws and regulations

with notice and an opportunity to be heard; and to afford juveniles with qualifying disabilities

under the Individuals with Disabilities Education Act ("IDEA") with a free appropriate public

education by providing them with their entitled special education services and manifestation

determination review mandated by the IDEA.  In support of this motion, the plaintiffs submit

their memorandum of law; the Declaration of Philip Desgranges, dated December 21, 2016, and

all the exhibits annexed thereto; the Supplemental Declaration of Dr. Louis J. Kraus, dated

December 14, 2016, and all the exhibits annexed thereto; the Declaration of Dr. Barry Krisberg,

dated December 6, 2016, and all the exhibits annexed thereto; the Declaration of Warden

Leander Parker, dated December 14, 2016, and all the exhibits annexed thereto; the Declaration

of Michelle Shames, dated December 20, 2016, and all the exhibits annexed thereto; the

Declaration of Emily NaPier, dated December 6, 2016, and all the exhibits annexed thereto; and

the Declaration of Maria Rafael, dated December 20, 2016, and all the exhibits annexed thereto.

An Appendix of Exhibits and Attachments is annexed to this motion.


Dated: December 22, 2016

      New York, New York

                                        Respectfully submitted,

                                        Philip Desgranges
                                        Mariko Hirose
                                        Mariana Kovel
                                        Aadhithi Padmanabhan
                                        Kevin Jason*
                                        Christopher Dunn
                                        NEW YORK CIVIL LIBERTIES UNION
                                            FOUNDATION
                                        125 Broad Street, 19th Floor
                                        New York, New York 10004
                                        Tel: (212) 607-3300

                                        Joshua T. Cotter
                                        Susan M. Young
                                        Samuel C. Young
                                        LEGAL SERVICES OF CENTRAL NEW YORK
                                        221 S. Warren Street
                                        Syracuse, New York 13202
                                        Tel: (315) 703-6500

                                        Aimee Krause Stewart

2

Sanford Heisler, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, D.C. 20009
Of Counsel

*Attorneys for Plaintiffs*

*Not yet admitted to N.D.N.Y.

***V.W. v. CONWAY***

**APPENDIX OF EXHIBITS AND ATTACHMENTS**

<u>(Notice of) Motion for Preliminary Injunction</u>
     Memorandum of Law
     Declaration of Service
<u>Declaration of Plaintiffs' Counsel Philip Desgranges</u>

| | |
|---|---|
| EXHIBIT A | Declaration of V.W. in Support of Class Certification (redacted) |
| EXHIBIT B | Declaration of R.C. in Support of Class Certification (redacted) |
| EXHIBIT C | Declaration of C.I. in Support of Class Certification (redacted) |
| EXHIBIT D | Declaration of M.R. in Support of Class Certification (redacted) |
| EXHIBIT E | Declaration of F.K. in Support of Class Certification (redacted) |
| EXHIBIT F | Declaration of J.P. in Support of Class Certification (redacted) |
| EXHIBIT G | Supplemental Declaration of C.I. (redacted) |
| EXHIBIT H | Supplemental Declaration of R.C. |
| | EXHIBIT 1    Memorandum from the Office of Captain J. Barrella regarding R.C. request to appeal AD/Seg, dated September 14, 2016 (redacted) |
| | EXHIBIT 2    R.C. handwritten appeal of hearing sanction (undated) (redacted) |
| | EXHIBIT 3    R.C. cell packet (redacted) |
| EXHIBIT I | Supplemental Declaration of V.W. in Opposition to Summary Judgment (redacted) |
| | EXHIBIT 1    V.W. cell packet (redacted) |
| EXHIBIT J | Declaration of D.D. (redacted) |
| EXHIBIT K | Declaration of C.B. |
| EXHIBIT L | Declaration of M.S. (redacted) |
| EXHIBIT M | Declaration of C.C. (redacted) |
| EXHIBIT N | Declaration of J.S. |
| EXHIBIT O | Declaration of D.P. |
| EXHIBIT P | Declaration of J.C.P. |
| EXHIBIT Q | Declaration of Lorenda Brown |
| EXHIBIT R | Declaration of Nashieka Lomack (redacted) |
| EXHIBIT S | Supplemental Declaration of Alissa Quiñones |
| EXHIBIT T | Sheriff's Office's description of the Custody Department |
| EXHIBIT U | Onondaga County Justice Center's February 2016 Inmate Handbook |
| EXHIBIT V | Sheriff's Office's Written Directive Number CUS-023: Inmate Discipline, dated November 8, 2010 |
| EXHIBIT W | Sheriff's Office's Written Directive Number CUS-050: Segregation Housing, dated January 13, 2016 |
| EXHIBIT X | Sheriff's Office's Written Directive Number CUS-041: Educational and Vocational Programs, dated December 4, 2015 |
| EXHIBIT Y | Sheriff's Office's description of the Organizational Chart |
| EXHIBIT Z | Sheriff's Office's description of Inmate Management |

| | |
|---|---|
| EXHIBIT AA | Incident Report for C.I. (May 18, 2016) and the related Hearing Results for C.I. (June 7, 2016) (redacted) |
| EXHIBIT AB | Inmate Misbehavior Report / Hearing Notice for J.P. (Aug. 29, 2016) and the related Hearing Results for J.P. (Sept. 19, 2016) (redacted) |
| EXHIBIT AC | Memorandum of Understanding between the Syracuse City School District and the Onondaga County Sheriff's Office (Aug. 2016) |
| EXHIBIT AD | *Doe v. Hommrich, et al.*, 3:16-cv-00799 (AAT), Temporary Restraining Order, ECF No. 9 (M.D. Tenn. April 25, 2016) |
| EXHIBIT AE | DOJ statement titled: *FACT SHEET: Department of Justice Review of Solitary Confinement* (Jan. 25, 2016) |
| EXHIBIT AF | United Nations Convention on the Rights of the Child, Forty-fourth Session, General Comment No. 10, *Children's Rights in Juvenile Justice* (2007) |
| EXHIBIT AG | United Nations General Assembly, Seventieth Session, Agenda Item 106, *United Nations Standard Minimum Rules for the Treatment of Prisoners (the Nelson Mandela Rules)* (Dec. 2015) |
| EXHIBIT AH | Lowenstein Sandler LLP & Lowenstein Center for the Public Interest, *51-Jurisdiction Survey of Juvenile Solitary Confinement Rules in Juvenile Justice Systems* (Oct. 2015) |
| EXHIBIT AI | North Carolina Department of Public Safety press release, *State Prison System Announces End to Solitary for Inmates Under 18* (June 15, 2016) |
| EXHIBIT AJ | Laist article, "Juvenile Solitary Confinement has been Banned in L.A. County" (May 3, 2016) |
| EXHIBIT AK | Press Release from NYC Mayor's Office, "De Blasio Administration Ends Use of Punitive Segregation for Adolescent Inmates on Rikers Island" (Dec. 17, 2014) |
| EXHIBIT AL | American Academy of Child & Adolescent Psychiatry Juvenile Justice Reform Committee report, *Solitary Confinement of Juvenile Offenders* (April 2012) |
| EXHIBIT AM | American Medical Association report, *AMA Adopts New Policies to Improve Health of Nation at Interim Meeting* (Nov. 11, 2014) |
| EXHIBIT AN | American Public Health Association policy statement, "Solitary Confinement as a Public Health Issue" (July 2014) |
| EXHIBIT AO | National Commission on Correctional Health Care report, *Solitary Confinement (Isolation)* (April 2016) |
| EXHIBIT AP | Incident Report for C.C. (Aug. 3, 2016), the related Inmate Misbehavior Report / Hearing Notice for C.C. (Aug. 3, 2016), and the related Hearing Results for C.C. (Aug. 22, 2016) |
| EXHIBIT AQ | Letter from Plaintiffs' Counsel Joshua Cotter to Chief Gonzalez, dated November 23, 2015 (redacted) |
| EXHIBIT AR | Verified Petition and Complaint for *T----- S----- v. Conway* (with Exhibits A-I) (redacted) |
| EXHIBIT AS | Appeal of Administrative Segregation Designation from V.W. to Chief Gonzalez (Aug. 31, 2016) (redacted) |

| | |
|---|---|
| EXHIBIT AT | Appeal of Administrative Segregation from J.P. to Chief Gonzalez (Aug. 31, 2016) and a Memorandum from the Office of Captain J. Barrella to J.P. regarding the Appeal of Hearing / Time / Cut Request (Sept. 2, 2016) (redacted) |
| EXHIBIT AU | Appeal of Disciplinary Hearing Decision from R.C. to Chief Gonzalez (undated) and a Memorandum from the Office of Captain J. Barrella to R.C. regarding the Appeal of AD/Seg (Sept. 14, 2016) (redacted) |
| EXHIBIT AV | Sheriff's Office's Written Directive Number CUS-051: Mental Health Services, dated June 18, 2014 |
| EXHIBIT AW | NYS article, "Governor Cuomo Announces Dramatic Reform in Use of Special Housing for Inmate Discipline" (Dec. 16, 2015) |
| EXHIBIT AX | Defendants' Education of Incarcerated Youth Program Plan for the July 1, 2016 – June 30, 2017 School Year |

Supplemental Declaration of Expert Dr. Louis Kraus

| | |
|---|---|
| EXHIBIT 1 | Declaration of Dr. Louis Kraus in Support of Class Certification Motion (with Exhibits A-G) |
| EXHIBIT 2 | List of documents reviewed |
| EXHIBIT 3 | Joint Commission Standards on Restraint and Seclusion / Nonviolent Crisis Intervention Training Program |
| EXHIBIT 4 | Behavioral health records of R.C. (redacted) |
| EXHIBIT 5 | Behavioral health records of M.R. (redacted) |

Declaration of Expert Dr. Barry Krisberg

| | |
|---|---|
| EXHIBIT A | Resume of Dr. Barry Krisberg |
| EXHIBIT B | List of documents reviewed |
| EXHIBIT C | List of relevant literature and research |
| EXHIBIT D | Ohio Department of Youth Services Announcement |
| EXHIBIT E | Study of Santa Clara County Probation Department reforms |
| EXHIBIT F | Contra Costa County Juvenile Hall Behavior Management System |
| EXHIBIT G | Photos of the Justice Center SHU |
| EXHIBIT H | Photos of the Justice Center SHU cells |
| EXHIBIT I | Photos of the Justice Center SHU recreation cages |
| EXHIBIT J | Photos of the Justice Center juvenile pods |

Declaration of Expert Warden Leander Parker

| | |
|---|---|
| EXHIBIT A | Resume of Warden Leander Parker |
| EXHIBIT B | List of documents reviewed |

Supplemental Declaration of Michelle Shames

| | |
|---|---|
| EXHIBIT A | Admissions and discharge data (redacted) |
| EXHIBIT B | Table 1: Likelihood of Spending Time in Solitary by Length of Stay in Custody at the Justice Center, October 19, 2015 to October 19, 2016 |
| EXHIBIT C | Table 2: Number of Juveniles by Total Number of Days of Solitary Imposed, October 19, 2015 to October 19, 2016; Figure 2: Bar Graph of Table 2; Table 3: Number of Juveniles by Total Number of Days of Solitary Served, October 19, 2015 to October 19, 2016; and Figure 3: Bar Graph of Table 3 |

EXHIBIT D            Figure 4: Number of Incidents per Month Receiving Solitary
                     Sanctions, October 19, 2015 to October 19, 2016 and Figure 5:
                     Number of Unique Juveniles per Month Who Received Solitary
                     Sanctions, October 19, 2015 to October 19, 2016

Supplemental Declaration of Emily NaPier
    EXHIBIT A            Email correspondence between ACTS and Chief Gonzalez
    EXHIBIT B            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center from October 2015 to March 2016 (redacted)
    EXHIBIT C            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of May 2016 (redacted)
    EXHIBIT D            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of June 2016 (redacted)
    EXHIBIT E            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of July 2016 (redacted)
    EXHIBIT F            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of August 2016 (redacted)
    EXHIBIT G            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of April 2016 (redacted)
    EXHIBIT H            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of September 2016 (redacted)
    EXHIBIT I            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of October 2016 (redacted)
    EXHIBIT J            Data on disciplinary sanctions and violations for juveniles at the
                         Justice Center for the month of November 2016 (redacted)

Declaration of Maria Rafael
    EXHIBIT A            Spreadsheets with summary of disciplinary records for the months
                         of November 2016 and December 2016 (redacted)