# EXHIBIT A

# Leander Parker

4300 Glenlake Court, Kennesaw, Georgia 30144 * Cell: 678-467-6400 * Email: Parker8495@bellsouth.net

---

**SUMMARY OF QUALIFICATIONS**

- Over 30 years of experience in leadership and management in juvenile correctional and probation settings, including law enforcement practices, investigations, policy development, and public affairs.
- Five years of experience working in adult state and federal correctional institutions.
- Experience in working with facilities subject to federal oversight and consent decrees.
- Development, coordination and implementation of programs and services in an institutional setting.
- Experience in facility and program start-up.
- Experience in developing, implementing and providing staff training on positive discipline, behavior modification and crime/delinquency prevention programs for at-risk youth.
- Longstanding history of community involvement.

**PROFESSIONAL EXPERIENCE**

**2012 – Present**
*Mississippi Department of Corrections/Youthful Offender Unit, Pearl, MS*
*Warden*

- Provided leadership for the start-up programs and services for the Youthful Offender Unit
- Manage daily operations, including disciplinary system, ensuring a safe and secure environment for offenders and staff
- Provide management oversight in the implementation of mental health and medical services
- Supervise management staff of security, education, social services; recreation, and maintenance
- Manage and monitor the Unit's budget
- Conduct staff orientation and training
- Manage volunteer services and perform public relations activities

**2007 – 2012**
*Fulton County Juvenile Court, Atlanta, GA*
*Probation Officer/Teen Court Program and Drug Court Program Coordinator*

- Monitored an assigned caseload of juveniles that became involved with or subject to the intervention of the Juvenile Court System
- Conducted effective interviews and counseling to juveniles
- Communicated with school staff to collect grades and attendance reports for juveniles
- Prepared and presented oral and written communications/reports to the Juvenile Court Judge and Team members of Fulton County Juvenile Court
- Coordinated Juvenile Court Drug Program services and developed, coordinated, implemented, and/or managed treatment strategies and graduated sanctions; performed random drug tests and tracking
- Established and maintained effective working relationships with other county personnel, contract personnel, officials, community agencies, and the general public
- Performed public relations activities

**2006 – 2007**
*Maryland Department of Youth Services, Parkville, MD*
*Program Manager IV – Superintendent of Charles Hickey Schools*

- Managed the development and implementation of programs and services for a 24-hour detention center, ensuring quality residential care
- Managed and monitored the budget to meet facility needs and legal requirements
- Supervised staff of security, medical, mental health, volunteer and social services

# Leander Parker

4300 Glenlake Court, Kennesaw, Georgia 30144 * Cell: 678-467-6400 * Email: Parker8495@bellsouth.net

---

**2003 – 2006**
*Georgia Department of Juvenile Justice/ Marietta Regional Youth Detention Center, Marietta, GA*
*Director II*
- Managed the development and implementation of programs and services for a 24-hour detention center, ensuring quality residential care and a high performance environment
- Managed and monitored the budget to meet facility needs and legal requirements
- Developed internal systems and processes, including a new disciplinary model, that were then implemented statewide
- Supervised administrative staff, program and service managers, and managed daily operations in an effort to provide and maintain a safe, clean and healthy environment for youth and staff

**2001 – 2003**
*Georgia Department of Juvenile Justice/Metro Regional Youth Detention Center, Atlanta, GA*
*Associate Director*

- Managed daily operations and implemented and coordinated activities and services
- Directed and guided staff by providing training, determining/monitoring work loads, and delegating responsibility
- Monitored and managed the budget within established guidelines
- Developed and implemented programs, services and procedures for 24-hour facility to ensure safe, high-quality residential care
- Supervised administrative staff and management staff of security, medical, mental health, volunteer and social services, and consultants
- Performed public relations activities

## Other Positions Held

**1997 – 2001**
*Georgia Department of Juvenile Justice/Marietta Regional Youth Detention Center, Marietta, GA*
*Director I*

**1995 – 1997**
*Georgia Department of Juvenile Justice/DeKalb Regional Youth Detention Center, Atlanta, GA*
*Director*

**1994 – 1995**
*Georgia Department of Juvenile Justice/ DeKalb Regional Youth Detention Center, Atlanta, GA*
*Assistant Director*

**1990 – 1994**
*Fulton County Juvenile Court, Atlanta GA*
*Assistant Superintendent*

**1987 – 1990**
*Fulton County Juvenile Court, Atlanta GA*
*Rehabilitation Counselor*

**1985 – 1987**
*Fulton County Juvenile Court, Atlanta GA*
*Group Supervisor I*

# Leander Parker

4300 Glenlake Court, Kennesaw, Georgia 30144 * Cell: 678-467-6400 * Email: Parker8495@bellsouth.net

---

**1984 – 1985**
*Federal Bureau of Prisons, Talladega, AL*
*Correctional Officer*

**1981 – 1984**
*Alabama Department of Corrections, Montgomery, AL*
*Correctional Officer*

**EDUCATION**

    **Master of Science in Justice and Public Safety, Completed 35 hours**
    Auburn University, Montgomery Alabama

    **Bachelor of Science in Criminal Justice, May 1981**
    Mississippi Valley State University, Itta Bena, Mississippi

# EXHIBIT B

**EXHIBIT B:**

**LIST OF DOCUMENTS REVIWED REGARDING THE JUSTICE CENTER**

- Complaint
- Inmate Rule Book 2016
- CUS023 Inmate Discipline
- CUS 050 Segregation Housing
- CUS007 Inmate Grievances
- CUS021 Inmate Activities
- CUS27 Inmate Access to Telephones
- CUS041 Educational and Vocational Programs
- CUS044 Inmate Recreation
- CUS051 Mental Health Services
- CUS045 Religious Services
- CUS040 Inmate Labor and Industry Programs
- CUS047 Inmate Visitation
- CUS052 Health Services
- Custody Department- Onondaga County Sheriff's Office Website
- Inmate Management- Onondaga County Sheriff's Office Website
- Onondaga County Justice Center-- Onondaga County Sheriff's Office Website
- Juvenile Disciplinary Reports (late 2015)
- Justice Center Raw Data_With Names (Oct 2015-July 2016)
- Disciplinary Papers of A.J., A.M., A.G., C.I., C.C., F.K., J.P., M.R., R.C., T.S., V.W.
- Plaintiffs' Memorandum of Law in Support of Motion for Class Certification
- Signed and Redacted Declarations of R.C., V.W., C.I., M.R., F.K., J.P. in Support of Plaintiffs' Motion for Class Certification
- Declaration of Louis Kraus in Support of Plaintiffs' Motion for Class Certification
- Declaration of Michelle Shames in Support of Plaintiffs' Motion for Class Certification
- Letter from Josh Cotter to Esteban Gonzalez, Nov. 23, 2015.
- Letter Onondaga County Sheriff's Office to Josh Cotter, Dec. 7, 2015.
- Summary of Disciplinary Records Nov 2015.
- Summary of Disciplinary Records Dec 2015.