UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

V.W., a minor, by and through his parent     :
and natural guardian DERECK WILLIAMS,    :
et al., on behalf of themselves and all others   :
similarly situated,    :

                Plaintiffs,    :       16-CV-1150 (DNH) (DEP)

                   :

        v.             :

                   :

EUGENE CONWAY, Onondaga County Sheriff,  :
in his official capacity, et al.    :

                   :

              Defendants.   :

------------------------------------------------------------ x

### NOTICE OF JOINT MOTION FOR
### PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, AND APPROVAL
### AND DISTRIBUTION OF THE NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that pursuant to Rule 23 of the Federal Rules of Civil Procedure,

the plaintiffs and defendants will jointly move this Court, at 10 Broad Street, Utica, New York, on

a date and at a time set by the Court, to grant preliminary approval of the proposed settlement

agreement attached as Exhibit 1 to this Notice of Motion; approve the form of the class notice

attached as Exhibit A to the Declaration of Joshua Cotter; direct the Onondaga County Sheriff's

Office to provide notice of the settlement to class members housed at the Justice Center; provide

class members with forty-five days after Notice is posted and served to comment on the proposed

settlement as specified in the Notice; and set a date for a fairness hearing for final approval of the

settlement.

Date:    June 26, 2017
         New York, N.Y.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | |
| Philip Desgranges, Esq. | Carol L. Rhinehart, Esq. |
| Mariana Kovel, Esq. | Onondaga County, Department of Law |
| Aadhithi Padmanabhan, Esq. | John H. Mulroy Civil Center, 10th Floor |
| Christopher Dunn, Esq. | 421 Montgomery Street |
| NEW YORK CIVIL LIBERTIES UNION | Syracuse, New York 13202 |
|     FOUNDATION | Tel. (315)-435-2170 |
| 125 Broad Street, 19th Floor | CarolRhinehart@ongov.net |
| New York, New York 10004 | |
| Tel: (212) 607-3300 | *Attorney for the Sheriff's Office Defendants* |
| pdesgranges@nyclu.org | |
| mkovel@nyclu.org | |
| apadmanabhan@nyclu.org | |
| cdunn@nyclu.org | |
| | |
| | |
| Joshua T. Cotter, Esq. | |
| Susan M. Young, Esq. | Jonathan B. Fellows, Esq. |
| Samuel C. Young, Esq. | Bond Schoeneck & King LLC |
| LEGAL SERVICES OF CENTRAL NEW YORK | One Lincoln Center |
| 221 S. Warren Street | Syracuse, New York 13202 |
| Syracuse, New York 13202 | Tel: (315)-218-8120 |
| Tel: (315) 703-6500 | jfellows@bsk.com |
| jcotter@lscny.org | |
| syoung@lscny.org | *Attorney for Defendant Syracuse City* |
| samyoung@lscny.org | *School District* |
| | |
| Aimee Krause Stewart | |
| SANFORD HEISLER SHARP, LLP | |
| 1666 Connecticut Avenue NW, Suite 300 | |
| Washington, D.C. 20009 | |
| Of Counsel | |
| | |
| *Attorneys for Plaintiffs* | |