# EXHIBIT A

| | |
|---|---|
| **From:** | Foil Request |
| **To:** | Aimee Krause |
| **Subject:** | Foil Request - Receipt |
| **Date:** | Monday, January 04, 2016 2:54:36 PM |

| | |
|---|---|
| **Please select the department you would like to contact** | Sheriff's Office |
| **I hereby apply to inspect the following specific record: (Please limit to 1500 characters):** | 1) All versions of the Onondaga County Patrick J. Corbett Justice Center's (the "Justice Center") Inmate Handbook that have been in effect between January 1, 2015 and the present.<br>2) All policies, procedures, guidelines, directives, orders, guidance, memoranda, rules, regulations, training materials, and other statements of policy of the Justice Center and the Onondaga County Sheriff's Office that have been in effect between January 1, 2015 and the present regarding the following, as it pertains to the Justice Center:<br>a. Use of segregation housing;<br>b. Use of lockdown or lock-in, in which an inmate is locked into a cell for 23 hours or more at a time;<br>c. Use of mental health observation units;<br>d. Provision of mental health care;<br>e. Educational opportunities for inmates, including those in lock-in or in segregation housing;<br>f. Inmate grievance procedures;<br>g. Inmate disciplinary appeal procedures.<br>3) All grievances filed by inmates at the Justice Center since January 1, 2015, and any appeals and determinations on the grievances, with appropriate redactions for personally identifying information, as they relate to:<br>a. Use of segregation housing;<br>b. Use of lockdown or lock-in, in which an inmate is locked into their cell for 23 hours or more at a time;<br>c. Use of mental health observation units;<br>d. Provision of mental health care;<br>e. Educational opportunities for inmates, including those in lock-in or in segregation housing;<br>f. Inmate grievance procedures;<br>g. Inmate disciplinary appeal procedures, such as the difficulty of the procedures.<br>4) For inmates who are twenty-one (21) years of age and younger who have been in lockdown, lock-in, or segregation housing at the Justice Center for any period of time between January 1, 2015 and the present, all disciplinary records related to the use of lock-in and segregation housing, including hearing results, special housing/administrative segregation notices, incident reports, and misbehavior reports, with appropriate redactions for personally identifying information.<br>5) For inmates who are twenty-one (21) years of age and younger, all appeals taken since January 1, 2015 from disciplinary hearings and administrative housing decisions that relate to the use of lockdown, lock-in, or segregation housing, including written requests for appeals and any determinations on the appeals, with appropriate redactions for personally identifying information.<br>6) For inmates who are twenty-one (21) years of age and younger who have been in lockdown, lock-in, or segregation housing at the Justice Center for any period of time between January 1, 2015 and the present, records indicating, for each discrete incident:<br>a. The inmate's age;<br>b. Whether the inmate was in lockdown, lock-in, or segregation housing;<br>c. The reason the inmate was in lockdown, lock-in, or segregation housing;<br>d. If the lockdown, lock-in, or segregation housing was imposed as a means of discipline or if it was administrative;<br>e. If the lockdown, lock-in, or segregation housing was imposed |

|  | as a means of discipline, whether the discipline was formal or informal (e.g. "administrative restriction," as mentioned on page 13 of the Justice Center's July 2011 Inmate Handbook);<br>f. The length of time the inmate was initially required to spend in lockdown, lock-in or segregation housing;<br>g. The length of time the inmate actually spent in lockdown, lock-in or segregation housing.<br>7) A copy of the 2015-2016 "Education of Incarcerated Youth Program Plan" report pertaining to the Justice Center, which report must have been submitted to the New York State Education Department Office of Student Support Services on or before July 15, 2015, by agencies providing mandated educational services to incarcerated youth at the Justice Center.<br><br>8) For the period January 1, 2015 to the present, all records documenting offers of cell study (as referenced on page 13 of the Justice Center's July 2011 Inmate Handbook) to incarcerated youth who were in lockdown, lock-in or segregation housing at the time of the offer, with appropriate redactions for personally identifying information.<br>9) All records documenting an inmate's refusal of cell study at the Justice Center since January 1, 2015, with appropriate redactions for personally identifying information. |
|---|---|
| **Enter a subject for your request:** | Onondaga County Justice Center FOIL Request |
| **Your Name:** | Aimee Krause |
| **Your Address:** | New York Civil Liberties Union 125 Broad Street, 19th Floor<br>New York, NY 10004<br>United States |
| **Your Email:** | akrause@nyclu.org |
| **Preferred Format:** | Electronic format, if available. |
| **Confirm Your Email Address** | akrause@nyclu.org |
| **I have read and agree to the [Disclaimer](#) to submit a FOIL:** | - Agree |